■ In the Matter of CRAIG McKERNAN, Petitioner, v RAYMOND W. KELLY, as Police Commissioner of the City of New York, et al., Respondents. [627 NYS2d 634] —Determination of respondent Police Commissioner dated November 23, 1993, suspending petitioner from his duties as a police officer for 30 days and placing him on disciplinary probation for 1 year, unanimously confirmed, the petition denied and the proceeding brought pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, New York County [Angela Mazzarelli, J.], entered on or about April 12, 1994) dismissed without costs and without disbursements.

Substantial evidence supports respondents' determination that petitioner wrongfully pointed his firearm at two civilians without just cause, placing them in fear of imminent danger (*Matter of Pell v Board of Educ.*, 34 NY2d 222), and the penalty imposed was not disproportionate to the offense (*supra*, at 232-235). Concur—Sullivan, J. P., Rosenberger, Wallach and Ross, JJ.